**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **MARDOCHE OLIVIER** | ] | |
| **Plaintiff,** | ] | |
| | ] | |
| **v.** | ] | **NO. 3:16-cv-3255** |
| | ] | **JUDGE CRENSHAW** |
| **AUTO TRANSPORT, et al.** | ] | |
| **Defendants.** | ] | |

## O R D E R

The Court has before it a *pro se* civil Complaint (Doc. No. 1) and an Application to proceed in forma pauperis (Doc. No. 2).

The Plaintiff is a resident of Clarksville, Tennessee. It appears from the Application that he lacks sufficient financial resources from which to pay the fee required to file the Complaint. Accordingly, Plaintiff's Application to proceed in forma pauperis is **GRANTED**. 28 U.S.C. § 1915(a).

In accordance with the Memorandum contemporaneously entered, the Complaint fails to state a claim upon which relief can be granted. Consequently, this action is hereby **DISMISSED**. 28 U.S.C. § 1915(e)(2).

An appeal of the judgment rendered herein would not be taken in good faith. Coppedge v. United States, 369 U.S. 438, 445-446 (1962). Therefore, the Plaintiff is NOT certified to pursue an appeal of this judgment in forma pauperis. 28 U.S.C. § 1915(a)(3). Nevertheless, should the Plaintiff decide to file a Notice of Appeal, he must either pay the Clerk of Court the full appellate filing fee

of five hundred five dollars ($505) or submit a new Application to proceed in forma pauperis.

Entry of this order shall constitute the judgment in this action.

IT IS SO ORDERED.


WAVERLY D. CRENSHAW, JR.
United States District Judge